NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MICHAEL SNOWDEN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

———————————

2012-3153

———————————

Petition for review of the Merit Systems Protection Board in No. DC0752100802-B-2.
.

———————————

**JUDGMENT**

———————————

DAVID A. BRANCH, Law Office of David A. Branch & Associates, PLLC, of Washington, DC, argued for petitioner.

MICHELLE MILBERG, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and O'MALLEY, *Circuit Judges.*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| April 8, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |